# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Taurice Marquese Crisp,

       Plaintiff,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　5:09-cv-96-MU

FNU Walker, Secretary of State Treasury;
Chuck LNU, Case Manager, WYI; and
Joyce LNU, Case Manager C/P,

       Defendants.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2009 Order.

　　　　　　　　　　　　　　　　　　FRANK G. JOHNS, CLERK

August 14, 2009

　　　　　　　　　　　　　　　　　　BY:  S/Wendy Brinley
　　　　　　　　　　　　　　　　　　　　　Wendy Brinley, Deputy Clerk